473 A.2d 688

Commonwealth v. Alexander, Appellant.

Petition for Allowance of Appeal
Denied July 9, 1984.

628

██ Submitted October 21, 1983. Douglas M. Johnson, Public Defender, for appellant; Patricia Ann Zaffarano, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The appeal is quashed.